UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LA

2009 APR 22 P 2:22

ORAN DANIEL, ET AL

VERSUS

ELIZABETH CAESAR, ET AL

CIVIL ACTION

NUMBER 09-41-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that this case shall be remanded to the state court for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 22, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45978